IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 PM 4:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| GENERAL MOTORS CORPORATION<br>DETROIT, MICHIGAN,<br><br>  Plaintiff,<br><br>v.<br><br>JIM KERAS BUICK CO., INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-2938-MI-V |

### ORDER ENLARGING TIME

On unopposed Motion by Defendant, Jim Keras Buick Co., Inc., presenting adequate cause, the original time period for said Defendant to answer the Complaint is enlarged to February 6, 2006.

Entered this 28th day of December, 2005.

_____
Diane K. Vescovo
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

527937.1
12/22/2005 3:09 PM



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02938 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Barry L. Howard
RUTH HOWARD TATE & SOWELL
150 Second Avenue, N.
Ste. 201
Nashville, TN 37219--178

Honorable Jon McCalla
US DISTRICT COURT